DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY LATERZA,**
Appellant,

v.

**ROBERT GENTILE,**
Appellee.

No. 4D19-2998

[June 25, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 50-2018-CA-011914-XXXX-MB.

Anthony Laterza, North Palm Beach, pro se.

William M. Martin of Peterson Bernard, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***